Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of

Division

Michael Feldman
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Darpa microsystems 675 N. Randolph ST Arlington VA 22202
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **25-cv-05904**
*(to be filled in by the Clerk's Office)*

**Choudhury, D.J.**
**Tiscione, M.J.**

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Michael Feldman
Street Address: 15 Quail Road
City and County: Mastic Beach N.Y.
State and Zip Code: New York 11951
Telephone Number: 631 729 6070
E-mail Address: tigerblues@hotmail.com

#### B. The Defendant(s)

Director Stephen Winchell - DARPA

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
Name: Darpa microsystems - Disrupters Surveillance   INTRUSIVE
Job or Title *(if known)*: Wendy Smith - Computer Programer
Street Address: 675 N. Randolph street   electronic Surveilance
City and County: Arlington, VA   electronic warfare
State and Zip Code: Virginia 22202

Tel → 703-526-6630

Page of 6

②

1 Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      Telephone Number    _____
      E-mail Address (if known)   _____

Defendant No. 2
    Name     Darpa Microsystems - Artificial Intelligence
      Anna Tauke Pedretti, INTRUSIVE
    Job or Title (if known)   Computer Programer - Civilian Surveillance
    Street Address   675 N. Randolph ST
    City and County   Arlington VA   22203
    State and Zip Code
    Telephone Number   703-526-6630
    E-mail Address (if known)   www.DARPA.mil/Contact

Defendant No. 3
    Name   Whitney Mason - Supervisor → Computer Programer Intrusive Surveilance
    Job or Title (if known)   Darpa Microsystems electronic Warfare
    Street Address   675 N. Randolph ST
    City and County   Arlington VA
    State and Zip Code   22203
    Telephone Number   703-526-6630
    E-mail Address (if known)   www.DARPA.mil/Contact

Defendant No. 4
    Name   Darpa Microsystem → civilian Surveilance INTRUSIVE
      Michael Gehnessen electronic Warfare
    Job or Title (if known)   675 N. Randolph ST
    Street Address
    City and County   Arlington VA
    State and Zip Code   22203
    Telephone Number   703-526-6630
    E-mail Address (if known)   www.DARPA.mil/Contact

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (check all that apply)
☑ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

Ⓐ   **If the Basis for Jurisdiction Is a Federal Question**   See paperwork enclosed

Ⓐ "posse comitus"

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Ⓑ No warrant → for unlawful Surveilance     Ⓒ
Ⓓ 4 Amendment Constitution Breech, civil Rights Ⓔ

Page of 6

## III. Statement of Claim ✓

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Dear US District Court, Judge and Court D.A. - Supervisor - Mr. Michael Feldman, is a victim of intrusive surveillance and harrassment, Darpa microsystem has his home and car under illegal surveilance. Please See my enclosed paperwork explaining Harrassment from employees involved in extremism

B. What date and approximate time did the events giving rise to your claim(s) occur?

The illegal surveilance is being done with Darpa microsystem illegal electronic surveilance systems and Darpa computers, involving criminal Artificial Intelligence intrusive Surveilance, JAN 01 2021 (estimate 9AM) violation constitutional rights, 4th Amendment restoration + warrantless Surveilance ACT

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Darpa microsystem is involved with extremist groups from Suffolk County, these are criminal stalking groups.

Weaponization of Surveilance

## IV. Irreparable Injury ✓ Yes

INVASION OF ✓ Privacts Law
Breech

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Seeks (Temporary Restraining order)

Mr. Feldman is seeking a IMMEDIATE STOP To The Intrusive Surveilance, By Darpa microsystems and other Darpa employees, Constitutional 4th Amendment violation Civil Rights, Privacy Laws, electronic communications ACT ✓ HIPPA Law Ease Dropping, Wire Tap
✓ Darpa Hijacked microwave cell phone Towers + Artificial intelligence

Page of 6

1 Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

No ➔ B.  "Federal Question" Not citizenship issue
If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) Michael Feldman, is a citizen of the State of (name) New York, IS A Genuine USA Citizen, US Citizen Born In USA

   b. If the plaintiff is a corporation
      The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____
      and has its principal place of business in the State of (name) _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____

   b. If the defendant is a corporation
      The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____
      Or is incorporated under the laws of (foreign nation) _____,
      and has its principal place of business in (name) _____

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Not Determined

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mr. Feldman seeks all harrassment and ilegail surveilance to stop, including electronic wafare. Seeks immerdiate injunction or Restraining order against Darpa microsystems and any other harrassment from Darpa employees. Darpa microsystems wants to scam + discieve federal court.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-22-2025

Signature of Plaintiff   M. el b

Printed Name of Plaintiff   Michael Feldman

1 Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.  For Attorneys**

Date of signing: OCT 2025

Signature of Attorney
Printed Name of Attorney: Megan Gallagher - Interim → Acting
Bar Number:
Name of Law Firm: Megan Gallagher
Street Address: 3265 Merrick Road
State and Zip Code: Wantagh NY 11793
Telephone Number: 516-543-9386
E-mail Address:

megangallagheresq@gmail.com
Acting - Interim Attorney
Temporary

MICHAEL FELDMAN              TO: UNITED STATES District Court
15 QUAIL ROAD
MASTIC BEACH NY 11951        Complaint Against Darpa Microsystems
                             Civil Liberty Issues
OCT 18, 2025                 Weaponization of Surveillance

## POSSE COMITUS LAW

This law prohibits the united states military from attacking united states citzens. Darpa microsystems, builds and manufactures microwave weapons with artificial intelligence, The combined planing and use of artificial intelligence unlawful surveilance computer systems and microwave energy, combined is being used to attack Mr. Feldman, causing havana syndrome.

Darpa microsystems unjust government influence, ilegail use of unlawful surveilance systems without warrants (warrantless surveilance) involved in domestic issues not national security. This is threat to Mr. Feldmans, civil libertys and health is causing IRREPAIRABLE HARM

Mr Feldman, believes he and his family is a victim of hate crime, discrimination, anti-semetism, darpa microsystems is targeting mr. feldman unjustly, unlawful surveilance, using darpa microsystems artificial intelligence unlawful surveilance with microwaves.

Us Government report, the ilegail use of direct pulsed radio frequency energy. Microwaves can be used to weaken, silence and cause severe injuries to the victim. The computerized electronic warfare microwave systems, focus on eyes, face, mouth brain and legs of the victim by using artificial intelligence, microwaves from cell phone towers darpa militaty antennas, satelites and amplifiers from darpa microsystems office in arlington, virginia. Darpa wendy smith, anna tauke pedretti, trish veeder, mike geertsen, whitney mason, supervisor/director stephen windchell, notifed and involved in feldman harrassment.

Its believed dept of defense secretary mike feinstein. Told darpa microsystems to remove the darpa microsystems artificial intelligence, the week of oct, 10-thru oct13th, 2025.

Darpa Microsytems, is involved in covering up weapons abuse, wrong doing surveilance, harrassment, and sabotage of health and well being, and is texting darpa microsystems associates, unruly personel, extremist group members, citzen harrassers, fire dept members, involved in following or stalking mr.feldman and his wife, betsy feldman.

Darpa microsystems is involved in torture and pain inflicted suffering using microwave energy, programed, launched and transmited from their office, causing injuries and assault and battery, from micrwave attacks.

Microwave damage to humans, radiation poisoning, neurological effects, thermal effects cellular effects, dna damage, protein changes, oxidation, pain and suffering.

The Posse Comitus law, was designed to reduce tension, and conflict caused by military involvement in domestic issues.

Reinforce, the idea, military power, should serve the people not dominate civilian life  The Posse Comitus act, reflects a broader comitment to safeguard civil libertys.

Darpa Microsystems, acting like a military domestic police force. Civilians, should have control over military powers such as darpa microsystems.

Yours truly,   Michael feldman

FROM THE DESK OF MICHAEL FELDMAN-PLANTIFF
15 QUAIL ROAD
MASTIC BEACH, NY 11951
631 729 6070
OCT 12, 2025

TO: JUDGES and or Prosecutor
UNITED STATES DISTRICT COURT

DEAR SIR or MRS (to whom it may concern),

My family and I have become victims of a scam and fraud, devised by darpa microsystems office, located at 675 n randolph st, arlington, va. 22203

Employees Whitney Mason, Michael Gehressen, Wendy Smith, Anna Tauke Pedretti and other darpa employees are involved. DEFENDANTS involved Director - Stephen Windehell

This office has our family and I, under their UNLAWFUL SURVEILANCE, without a WARRANT, That office has no domestic authority to put usa citzens under such surveilance, furthermore they are only involved in national security and it is ilegail for them to do this for years on end. My cell phone is cloned, and they are easedropping, in my home. using their surveilance electronic equipment, and artificial intelligence. They are using their computer systems to put us under electronic surveilance. Our Vehicles are also under electronic surveilance.

ALL SURVEILANCE ON USA CITZENS IS ILEGAIL, darpa is creating a surveilance state, with criminal exploitation. THEREFORE, Darpa microsytems, WARRANTLESS, surveilance program IS ILEGAIL and UNCONSTITIONAL.

We ask the court for help to stop all harrassment and surveialance coming from darpa microsystems office, involving their artificial intelligence, and surveilance.

THIS IS CAUSING IRREAPARABLE HARM TO ME AND MY FAMILY.

WE, are requesting injunction, or restraing order to stop all unlawful surveillance by darpa microsystems on our home and all vehicles.

YOURS TRULY, MICHAEL FELDMAN    PLANTIFF

*[signature]*



# United States District Court

*(Court Level and Jurisdiction)*

**Michael Feldman**

Plaintiff

-vs-

**Darpa Microsystems**
Wendy Smith
Anna Tauke Pedrotti
Whitney Mason
Michael Gehressen
Trish Jeeder
Director - Stephen Windchell

*(Case I.D. Number)*

Basis of Jurisdiction

Basis of claim
Statement of claim

## AFFIDAVIT

I, **Michael Feldman**, of **Mastic Beach**, in **Suffolk** County, New York, MAKE OATH AND SAY THAT:

1. Darpa Microsystem has placed my home and cars under unlawful surveilence x over 4 years. Darpa Microsystem violating many laws and treaties violating my Constitutional Rights → 4th Amendment

1. 4th Amendment Restoration Act plus Civil Rights → religion

2. Government Surveilence Reform Act, Passed by Congress to protect against warrantless surveilence

3. Unlawful Surveilence Military Sources (Darpa)

4. Darpa will not leave us or me alone. "Fundamental Right to Be left Alone"

5. Privacy violations (Posse Comitas) use of "microwaves"

Page 1 of 2

(B)

*Basis of claim*
*Statement of claim*
*Basis of Jurisdiction*

# GENERAL AFFIDAVIT

The within named person (Affiant), **Michael Feldman**, who is a resident of **Mastic Beach** County, State of **New York**, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

Continued from Page A

6. Violations of Law by Darpa Microsystems
7. Illegal unlawful Surveillance involving extremists.
8. Hippa Law violations - Spying in Stony Brook Hospital
9. Using Artificial Intelligence, electronic warfare.
10. Violation of electronic Communications Act 1986
11. Involving Ease Dropping, wire tap cellphones, Home
12. Darpa microsystem involved with criminal Phone Groups, texting locations of Michael, when in car.
13. Defamation of character

Dated this **Sep 23** day of **September**, 20**25**.

**Signature of Affiant**

=================================================================

State of **New York**
County of **Suffolk**

Subscribed and sworn to, or affirmed, before me on this **23rd** day of **September**, 202**5** by Affiant **Michael Feldman**.

**Signature of Notary Public**

**December 03, 2028**
My Commission Expires:

ADRIENNE LEIGH DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6272897
Qualified in Suffolk County
My Commission Expires December 03, 2028

①

<u>UNITED STATES DISTRICT COURT</u>

(Court Level and Jurisdiction)

Basis of Jurisdiction statement of claim

<u>Michael Feldman</u>
of Mastic Beach, NY.

(Case I.D. Number)

Plaintiff ✓

-vs-

DARPA <u>Microsystems</u>
(Distrupters) office
675 N. Randolph, St Arlington VA 22202
Defendant

Causing "<u>Irrepareble Harm</u>" to plaintiff

## AFFIDAVIT

I, <u>Michael Feldman</u>, of <u>Mastic Beach</u>, in <u>Suffolk</u> County, New York, MAKE OATH AND SAY THAT:

1. (Intrusive Surveilance), <u>Mr. Feldman is a victim of "unlawful surveilance and Harrassment coming from Darpa Microsystems office Darpa has violated Mike Feldman's constitutional Rights and Civil Rights.</u> Darpa Microsystems is involved in a Employer vs Employee Dispute. Michael's employer contacted Darpa Microsystem, By contacting or texting USA military personel (NAVY) Darpa violated Mr Feldman privacy, and was involved in covert spying and espionage. Michaels wife was victimized <u>Initially</u> By Darpa Artificial <u>Intelligence</u>. Darpa violated Posse Comitus AND electronic Communication Act, President Biden executive ORDER EO 14086 US Signals intelligence Act

Page 1 of 2

② Michael Feldman — Defendant — DISTRICT COURT
plaintiff

STATE OF NEW YORK

COUNTY OF Suffolk County

SUBSCRIBED AND SWORN TO BEFORE ME, on the __23__ day of __September__, 2025

_[signature]_ (Signature) plaintiff

Signature _[signature]_ (Seal)
NOTARY PUBLIC
My Commission expires:
December 03, 2028

ADRIENNE LEIGH DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6272897
Qualified in Suffolk County
My Commission Expires: December 03, 2028

Basis of Jurisdiction
Statement of claim

I, Michael Feldman state that I am a Law Abiding citizen, and I have no criminal record. I also have a generally clean Drivers License.

I am involved in dispute between Darpa microsystems, and a previous employer of NYC — FDNY/EMS. I am being subjected to harrassment from a federal agency (DARPA, that hires extremist employees) that are adult bullys and involved in Domestic terrorism. I am unable to live my life, in freedom.

Sincerely, M. [signature]

"I have the right to be left alone."

Page 2 of 2

©2002-2025 LawDepot.com®

Michael Feldman — Plaintiff

Darpa Microsystem — Defendant

(3)

# GENERAL AFFIDAVIT

(Suffolk County)

The within named person (Affiant), __Michael Feldman__, who is a resident of __Mastic Beach NY__ County, State of __New York__, personally came and appeared before me, the undersigned Notary Public, and makes this his/her statement, testimony and General Affidavit under oath or affirmation, in good faith, and under penalty of perjury, of sincere belief and personal knowledge that the following matters, facts, and things set forth are true and correct, to the best of his/her knowledge:

✓ Basis of Jurisdiction
Statement of claim

Dear US District Court,

Mr Feldman Believes He and his family is a victim, or For To: Anti-Semetism, Discrimination, Harrassment, Civil Rights violations, including violation of 4th Amendment of the US Constitution. Mr M. Feldman Believes Darpa Microsystems is involved in unlawful Surveillance using Darpa electronic Equipement By Computers and Darpa programed Artificial Intelligence Abuse. Causing Irreparable Harm. Intrusive Surveillance

Dated this __23__ day of __September__, 20__25__.

_[signature]_
Signature of Affiant

==========================================================================

State of __New York__
County of __Suffolk__

Subscribed and sworn to, or affirmed, before me on this __23__ day of __September__, 20__25__ by Affiant __Michael Feldman__.

_[signature]_
Signature of Notary Public

__December 03, 2028__
My Commission Expires:

ADRIENNE LEIGH DONOVAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DO6272897
Qualified in Suffolk County
My Commission Expires: December 03, 2028

○ A. or A.

Basis for Jurisdiction statement of claim ↑

United States District Court
_____
(Court Level and Jurisdiction)

Michael Feldman
Plaintiff

Plaintiff

-vs-

Darpa Microsystems
Wendy Smith
Whitred Mason
Michael Gerressen
Anna Taube Pedretti
Defendant

_____
(Case I.D. Number)

## AFFIDAVIT

I, Michael Feldman, of Mastic Beach, NY, in Suffolk County, New York, MAKE OATH AND SAY THAT:

1. Michael Feldman, believes Darpa Micro systems, office employees are involved in extremism. The USA Gov't has publicly confirmed that federal employees including some law enforcement personel and Military personel and Darpa personel have been involved in extremist activities, and Domestic terrors. This has led to increase in Scrutiny and new policies aimed at identifying and addressing this issue. Warrantless unlawful surveilance is one activity Darpa microsystems is involved. Many law abiding USA citizens will be unfairly subjected to this.