From
Michael Feldman
15 quail Road
M.B NY 11951
631 729-6070

~~FAYETTE~~ Beach

11/3/25

To: USA District
100 Federal Court Plaza
Central Islip NY

To: USA District Court,

Request for New telephone Consultation with Judge on Duty.

Yours truly
M. Feldman

CASE
CV 25 05904
Civil Rights