FROM PLAINTIFF MICHAEL FELDMAN
15 QUAIL ROAD
MASTIC BEACH NY 11951
631 729 6070

JAN 12, 2026

page 1

TO UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NY  11722

Amended Complaint to Recuse
JAN. 12, 2026

To: Thurgood Marshall US Courthouse
40 Foley Square
New York, New York !0007
United States Court Of Appeals  clerks office

cv 25 5904 case

Feldman vs Darpa Microsystems

SUBJECT- MR.FELDMAN, request to Recuse (request judge to step down)

Unlawful Surveillance by darpa microsystems employees
no warrants, Mr Feldman, is one of many united states citizens under unlawful surveillance.
Electronically, or by Federal agency surveillance computers, using artifical intelligence and ease
dropping, by darpa employees ilegaily and unconstitional, 4th amendment, civil liberties. Darpa
associates in private vehicles.

TO:  JUDGE NUSRAT CHOWHURRY, your honor,

I respectfully request you step down as judge in charge of this case, cv 25 5904
for reasons being, we would prefer to have a judge who has very much expierience, with
unlawful surveillance cases, and a judge who will try to protect the feldman family in harms way
by darpa microsystems, severe harrassment, unlawful surveilance-warrantless, ect

Let me point out, for your information :
1.
Fahaj Hassan vs NYPD
muslims win case against nypd, fahaj hassan, nypd spyied on
muslims, nypd. Spyied on muslims since 911, nyc, found liable for 75k, and 1 million in legail
fees, 2012 in federal court

2. FBI vs Fazaga us supreme court  aprial 5 2022, FBI, spying on muslims, electronic surveillance,
foreign intelligence act, over turned state secrets, Fbi, unlawfully targeted, Fazaga, supreme court
investigating unlawful surveillance. Case still pending.

3. Jewel vs NSA 08cv04373  numerous citzens, constitutional rights violations, caused by NSA
Spying operations   12//14/2012  NSA spying program unconstitutional.

Request judge to step down, no expierience with unlawful surveillance cases,
If Civil rights violations, of religion, state secrets, do not apply, Mr. Feldman is being
put under surveillance, while entering his place of worship in patchouge, ny. Jewish Temple.
Mr. Feldman, states Darpa associates, followed him by car into house of worship.

DOD, employees who reside, in mastic beach, even on the same block as feldman.
Impartiality, is in question, Mr. Feldman, feels that the court is violating his constitutional rights as plantiff. Mr.Feldman, feels judge is impartial, causeing a conflict.
Judge, seems to have a personel, and direct and substantial, precuniary interest in the outcome.
Prejudiced, personally interested, and bi-assed.

FELDMAN vs Darpa Microsystems                    page 2
cv 25 5904

Mr. Feldman, is entitled to a fair trial, Mr. Feldman feels judges decisions are unconstitional, Judge Nusrat Chowdhurry, is ruled by her emotions.
Respectfully request Judge to recluse, and step down, Judge has jeoparized Mr. Feldman home and family safety, putting him more in harms way, of darpa harrassment campaign, involving a previous employer, from nyc. Darpa, 3d party involvement with NYC FDNY
Mr. Feldman, states Employees from Nyc Fire Dept, is still involved in his harrassment.

Sincerely, Mr. Feldman

*[signature]*

MR. M. Teldman
15 quail Road
MDNY 11951

United States District Court
100 Federal Plaza
Central Islip, NY 11722

Amended Complaint Clerks office
11722-4398
Civil

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 16 2026 ★
LONG ISLAND OFFICE

MID-ISLAND NY 117
14 JAN 2026 AM 6 L

FOREVER·USA
JAN 13 2026
USPS
MASTIC BEACH